Court Of Appeals
Fourth Court of Appeals District of Texas
San Antonio



★ ★ ★ ★ ★ ★

## MEMORANDUM OPINION

No. 04-09-00103-CV

**THE GEO GROUP, INC.** and Natalie Juarez,
Appellants

v.

Nestora **BENAVIDES**, Individually and as Representative of the
Estate of Jesus Benavides, Deceased, the Estate of Jesus Benavides, and Aine Morales,
as Next Friend of Emma Monique Benavides, a Minor,
Appellees

From the 218th Judicial District Court, Frio County, Texas
Trial Court No. 08-04-0075-CVF
Honorable Stella H. Saxon, Judge Presiding

PER CURIAM

Sitting:      Catherine Stone, Chief Justice
              Karen Angelini, Justice
              Sandee Bryan Marion, Justice

Delivered and Filed:  June 3, 2009

DISMISSED

Before the court is appellants' motion for voluntary dismissal. Appellants' motion to dismiss is granted, and this appeal is dismissed. *See* TEX. R. APP. P. 42.1(a)(1). Costs of appeal are taxed against the appellants. *See id.* at (d).

PER CURIAM